# United States District Court
# For The Western District of North Carolina
# Statesville Division

CLAUDE VANCE COOLEY,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:07CV5-1-MU

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2007, Order.

                                          Signed: January 8, 2007

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court